IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WALTER H. HOLLOWAY,

            Plaintiff,

     vs.

UNIVERSITY OF NEBRASKA, CITY PARKING CLERK, and CITY OPERATOR OF VEHICLE,

            Defendants.

**8:24CV278**


**ORDER**


This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 12th day of July, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge