Nebraska State Court Form
REQUIRED
CC 16:2.21 Rev. 04/2020
Neb. Rev. Stat. § 30-2602.01

IN THE COUNTY COURT OF **50 Counties** COUNTY, NEBRASKA

**Nebraska Entity**

IN THE MATTER OF **Comptroler Controling 4 to 25 Policy Safety 3000 Entities**

Ward/Minor Ward/Protected Person.

**Guardianship Salary 139,000/year 64.00 Hour — J.W.R.**

CASE No. **8:24-CV-00245-JFB-PRSE**

**APPLICATION AND AFFIDAVIT FOR INTERVENTION ON BEHALF OF THE WELFARE OF THE WARD/MINOR WARD/PROTECTED PERSON**

I swear or affirm, **under the penalties of perjury**: **An Oath To Guide In Good Will Towards All of Human, Animal, Biological, Faith of Spiritual living**

1. I am a person interested in the well-being of the ward/minor ward/protected person. **Caring Under Self/Parent Teachings of Safety Towards All.**

2. The ward's/minor ward's/protected person's safety, health, or financial welfare is at issue, and these issues are not being adequately addressed by the guardian/conservator, based upon the following facts: **Nebraska can spell All 50 States of the United States of America, Water is the Survival of living And View To Spiritual Support Forever 25 Appeals is logged to have Appeals In Process of Man Belief, Creation of biological Existence To Include Electric Existence As A Devine Creator As God As Taught, the Fowl, the Vegetation, Animals, Surface beneath, and Insects, to be in Harmony with Man. Philosophy points to problems to live, saying sex is a problem in the study of Jesus. However the study of NOAA is the creation through... Zoologist/Biology**

(Attach additional pages for information or evidence)

3. I ask the court to consider the welfare of the ward/minor ward/protected person and issue an ex parte order in his/her best interest. An ex parte order issued under Neb. Rev. Stat. § 30-2602.01 shall remain in full force and effect for no more than 10 days, or until a hearing can be held on this matter, whichever is earlier. **Filer, Walter Hollow August 8th 2024 /Signed**

RECEIVED
AUG 12 2024
CLERK
U.S. DISTRICT COURT

Application and Affidavit for
Intervention On Behalf of the Welfare
of the Ward/Minor Ward/Protected Person

CC 16:2.21 Rev 04/2020          Page 1 of 2

Additional Page CC 16: 2.21 Rev. 04/2020

Age 13 to 15, Animal Scientists in the area of CHA Pleasant View East 29th Patrick Street Omaha NE 68111

To place trust in me to bring back a close relative in body to wait for his spirit to return by teaching he walks with the Garden of Eden in the study of GOD.

With that came the greatness and faults to keep the spirit of Man to envolve within a Universe within themselves. Physic's envolu-revolve circles of energy to even create Water from basic eruptions of getting Mad to fight one another to create rain in a draught season.

Even to have elements of pocket change, copper Nickel, Aluminum to create a Septic Tank to recycle and create a defined system to make GAS, Electric with a bowel movement of A Human or Animal Feces or Urine. This is the basis of the name Mr Walter MUUD Holla-way, Universal Creation.

```
PRINT JOB
==================
```

Date:         07/01/2024
Time:         9:27 AM
Patron Name:      WALTER H HOLLOWAY
Paid Print Balance: $0.90
Number of Pages:   2
Charge Per Page:   $0.10
Subtotal:       $0.20
Free Print Balance: $0.00
Total Charge:    $0.20

## Occupational Wages 2nd, Quarter 2017
Nebraska Department of Labor

| Area | Occupation Code | Occupation Title | Estimated Employment May 2017 | Hourly Wage | | | | | | | | meanrse | emplrse |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Avg Hourly Wage | Hourly of 1st 3rd | Hourly Avg of upper 2/3rd | Hourly 10th Percentile | Hourly 25th Percentile | Hourly 50th Percentile | Hourly 75th Percentile | Hourly 90th Percentile | | |
| Lincoln MSA | 19-1011 | Animal Scientists | 30 | 34.04 | 20.26 | 40.93 | 17.25 | 25.14 | 33.84 | 42.32 | 54.36 | 6.62 | 23.21 |
| Omaha-Council Bluffs | 19-1011 | Animal Scientists | 50 | 59.15 | 24.06 | 76.70 | 18.23 | 31.22 | 53.97 | 79.27 | N.A. | 18.16 | 20.92 |
| Central | 19-1011 | Animal Scientists | N.A. | 41.16 | 27.30 | 48.08 | 25.58 | 27.40 | 30.42 | 54.46 | 69.87 | 12.12 | 57.97 |
| Metro | 19-1011 | Animal Scientists | 80 | 49.78 | 21.89 | 63.72 | 17.72 | 27.45 | 38.80 | 68.28 | 91.07 | 14.06 | 15.71 |
| Non Metro | 19-1011 | Animal Scientists | 10 | 42.58 | 27.30 | 50.23 | 25.69 | 27.68 | 42.72 | 54.85 | 69.87 | 2.46 | 42.51 |
| Nebraska | 19-1012 | Food Scientists & Technologists | 380 | 34.90 | 23.32 | 40.69 | 20.98 | 25.89 | 32.74 | 41.00 | 51.33 | 2.43 | 21.98 |
| Omaha Consortium | 19-1012 | Food Scientists & Technologists | 340 | 35.33 | 24.08 | 40.95 | 21.79 | 26.55 | 33.42 | 40.83 | 50.66 | 2.75 | 24.75 |
| Omaha-Council Bluffs | 19-1012 | Food Scientists & Technologists | 340 | 35.29 | 24.06 | 40.90 | 21.77 | 26.51 | 33.41 | 40.70 | 50.60 | 2.73 | 24.56 |
| Metro | 19-1012 | Food Scientists & Technologists | 350 | 35.24 | 23.82 | 40.93 | 21.53 | 26.37 | 33.34 | 41.04 | 50.73 | 2.58 | 24.14 |
| Non Metro | 19-1012 | Food Scientists & Technologists | 40 | 31.74 | 19.17 | 38.04 | 17.29 | 20.92 | 27.45 | 39.65 | 57.23 | 11.06 | 25.51 |
| Nebraska | 19-1013 | Soil & Plant Scientists | 570 | 30.86 | 19.23 | 36.67 | 17.53 | 21.16 | 27.27 | 36.87 | 55.83 | 6.84 | 12.17 |
| Omaha Consortium | 19-1013 | Soil & Plant Scientists | N.A. | 27.41 | 18.25 | 31.99 | 16.81 | 18.96 | 27.76 | 31.19 | 37.42 | 11.06 | 58.06 |
| Lincoln MSA | 19-1013 | Soil & Plant Scientists | 70 | 29.39 | 17.29 | 35.44 | 16.60 | 18.76 | 26.33 | 36.87 | 50.27 | 8.52 | 16 |
| Omaha-Council Bluffs | 19-1013 | Soil & Plant Scientists | N.A. | 28.31 | 19.13 | 32.90 | 17.00 | 19.43 | 28.04 | 31.54 | 38.55 | 9.55 | 51.38 |
| Sioux City, IA-NE-SD | 19-1013 | Soil & Plant Scientists | 20 | 27.92 | 23.38 | 30.18 | 21.50 | 24.88 | 28.02 | 31.02 | 35.29 | 3.1 | 30.08 |
| Grand Island MSA | 19-1013 | Soil & Plant Scientists | 30 | 29.00 | 17.64 | 34.69 | 14.65 | 20.52 | 29.00 | 35.35 | 39.84 | 4.62 | 26.14 |
| Central | 19-1013 | Soil & Plant Scientists | 150 | 28.77 | 19.52 | 33.39 | 17.84 | 21.19 | 26.52 | 31.97 | 46.59 | 4.34 | 19.99 |
| MidPlains | 19-1013 | Soil & Plant Scientists | 30 | 31.47 | 21.49 | 36.47 | 20.44 | 23.92 | 29.92 | 37.90 | 47.20 | 4.76 | 31.49 |
| Northeast | 19-1013 | Soil & Plant Scientists | 130 | 38.25 | 20.50 | 47.13 | 19.44 | 22.55 | 30.35 | 57.36 | 62.24 | 18.21 | 36.7 |
| Panhandle | 19-1013 | Soil & Plant Scientists | 10 | 37.51 | 24.71 | 43.91 | 19.99 | 27.63 | 36.26 | 49.77 | 57.72 | 5.76 | 48.9 |
| Southeast | 19-1013 | Soil & Plant Scientists | 80 | 25.90 | 18.98 | 29.37 | 17.39 | 20.04 | 24.29 | 29.32 | 33.32 | 4.01 | 16.33 |
| Metro | 19-1013 | Soil & Plant Scientists | 160 | 28.61 | 17.48 | 34.18 | 16.47 | 18.94 | 27.54 | 34.27 | 43.46 | 5.14 | 22.4 |
| Non Metro | 19-1013 | Soil & Plant Scientists | 410 | 31.72 | 19.90 | 37.63 | 18.26 | 21.69 | 27.15 | 38.27 | 57.42 | 8.72 | 14.49 |
| Nebraska | 19-1021 | Biochemists & Biophysicists | 60 | 40.72 | 28.15 | 47.00 | 25.54 | 31.94 | 39.01 | 48.06 | 60.39 | 2.47 | 7.91 |
| Metro | 19-1021 | Biochemists & Biophysicists | 60 | 41.45 | 28.36 | 47.99 | 25.44 | 32.48 | 40.57 | 48.84 | 60.95 | 2.8 | 2.22 |
| Nebraska | 19-1022 | Microbiologists | 170 | 31.40 | 20.04 | 37.07 | 18.31 | 23.10 | 29.10 | 37.53 | 49.32 | 4 | 9.31 |
| Omaha Consortium | 19-1022 | Microbiologists | 70 | 29.56 | 18.54 | 35.07 | 16.10 | 22.32 | 28.34 | 35.33 | 41.68 | 6.85 | 22.03 |
| Lincoln MSA | 19-1022 | Microbiologists | 30 | 35.58 | 26.89 | 39.93 | 25.78 | 29.11 | 34.67 | 40.43 | 48.71 | 2 | 0 |
| Omaha-Council Bluffs | 19-1022 | Microbiologists | 70 | 29.56 | 18.54 | 35.07 | 16.10 | 22.32 | 28.34 | 35.33 | 41.68 | 6.85 | 22.03 |
| Central | 19-1022 | Microbiologists | N.A. | 47.00 | 28.36 | 56.32 | 18.96 | 31.36 | 52.80 | 59.42 | 64.06 | 6.36 | 4.96 |
| Northeast | 19-1022 | Microbiologists | 40 | 24.69 | 19.29 | 27.39 | 17.72 | 20.51 | 24.82 | 28.52 | 30.96 | 4.23 | 2.38 |
| Metro | 19-1022 | Microbiologists | 110 | 31.46 | 21.08 | 36.65 | 19.20 | 24.80 | 30.24 | 37.32 | 45.95 | 4.6 | 15.09 |
| Non Metro | 19-1022 | Microbiologists | 70 | 31.30 | 19.53 | 37.19 | 17.87 | 21.36 | 27.06 | 38.75 | 56.11 | 8.15 | 2.22 |
| Nebraska | 19-1023 | Zoologists & Wildlife Biologists | 140 | 29.88 | 22.76 | 33.44 | 22.54 | 24.17 | 28.24 | 32.81 | 38.26 | 1.35 | 0.17 |
| Lincoln MSA | 19-1023 | Zoologists & Wildlife Biologists | 60 | 27.83 | 22.80 | 30.36 | 21.54 | 24.18 | 26.43 | 32.02 | 34.70 | 2.87 | 0 |
| MidPlains | 19-1023 | Zoologists & Wildlife Biologists | 20 | 25.59 | 21.94 | 27.42 | 20.92 | 22.55 | 24.17 | 28.70 | 32.34 | 2.65 | 0 |
| Panhandle | 19-1023 | Zoologists & Wildlife Biologists | 20 | 27.12 | 22.29 | 29.54 | 22.54 | 23.34 | 25.10 | 31.96 | 36.26 | 2.52 | 0 |
| Metro | 19-1023 | Zoologists & Wildlife Biologists | 80 | 30.75 | 23.50 | 34.37 | 22.54 | 26.05 | 28.35 | 33.22 | 40.12 | 2.18 | 0 |
| Central | 19-1029 | Biological Scientists, All Other | 20 | 44.41 | 22.21 | 55.52 | 14.33 | 30.78 | 47.47 | 59.40 | 73.76 | 2.87 | 0 |
| MidPlains | 19-1029 | Biological Scientists, All Other | 10 | 28.20 | 13.55 | 35.52 | 12.77 | 14.33 | 31.35 | 40.52 | 43.46 | 2.29 | 0 |
| Northeast | 19-1029 | Biological Scientists, All Other | 10 | 24.87 | 13.32 | 30.65 | 12.76 | 14.33 | 20.13 | 36.26 | 44.63 | 2.21 | 0 |
| Non Metro | 19-1029 | Biological Scientists, All Other | 60 | 29.88 | 13.51 | 38.05 | 12.77 | 14.33 | 27.54 | 38.21 | 54.46 | 1.36 | 0 |

*Annual wage provided, hourly wage not available
N.A.= Not available    RSE = Relative Standard Error

28

Source: Nebraska Department of Labor
Labor Market Information, Produced May 2018

**ZipRecruiter**   Jobs   Salaries   Messages   Profile   Post a Job   Sign In

GUARDIANSHIP

**Salary** | Jobs

# Guardianship Salary in Nebraska

**Yearly** | Table View

$40,998                Nebraska Average                $201,178

## $139,661 /year
## $67 /hour

### Guardianship Salary in Nebraska Comparison by Location

Nationwide
United States                                        $146,280

Nebraska
United States                                        $139,661

[ Enter city, state or postal code ]   ( Add Location )

### How much does a Guardianship make in Nebraska?

As of Jun 24, 2024, the average annual pay for a Guardianship in Nebraska is $139,661 a year. Just in case you need a simple salary calculator, that works out to be approximately $67.14 an

**Table of Contents**

~~Behavioral Psychology~~

Biopsychology

Clinical Psychology

VIEW ALL ⊙

Psychology is such a broad field that conveying its depth and breadth can be difficult. As a result, a number of unique and distinctive branches of psychology have emerged, each one dealing with specific psychological areas within the study of the mind, brain, and behavior.

Understanding what these subtopics represent can help you decide where your interests may lie. Here is more information about 18 major types of psychology if you are interested in studying, earning your degree, or creating a career in this expansive field.

**Related:** Psychologist Salary Info: The 9 Highest Paying Careers

## Overview of the Branches of Psychology

The major areas of psychology include:

Abnormal psychology
Behavioral psychology
Biopsychology
Clinical psychology
Cognitive psychology
Comparative psychology
Counseling psychology
Cross-cultural psychology
Developmental psychology
Educational psychology
Experimental psychology
Forensic psychology
Health psychology

**Trending Videos**

Table of Contents

Sports psychology

Each of these psychological areas looks at questions and problems from a different perspective. While they all have their own focus, they still share a common goal of studying and explaining human thought and behavior.

Because human behavior is so varied, the number of subfields in psychology is constantly growing and evolving. Some of these subfields have been firmly established as areas of interest, and many colleges and universities offer courses and degree programs in these topics.

Each type of psychology represents a specific area of study focused on a particular topic. Oftentimes, psychologists specialize in one of these as a career. The following are just some of the major branches of psychology. For many of these, working in that specific area requires graduate study in that particular field.

## 2 Main Areas of Psychology

Psychology can be roughly divided into two major areas:

1. **Research,** which seeks to increase our knowledge base
2. **Practice,** through which our knowledge is applied to solving problems in the real world

**Trending Videos**

## Abnormal Psycholog

Abnormal psychology looks at p
involves the study of people's e
to identify, understand, and pot
negatively affecting a person's l

Mental health professionals in t
and treat a wide variety of psyc

We use cookies and similar technologies on this site to enhance functionality, analyze traffic and usage, and deliver personalized content. | Learn More      | Accept

ADVERTISEMENT

# Zoologist Salary in Nebraska

Search More Jobs
Change City▾

**How much does a Zoologist make in Nebraska?** The average Zoologist salary in Nebraska is **$75,543** as of May 28, 2024, but the range typically falls between **$61,871** and **$93,162**. Salary ranges can vary widely depending on the city and many other important factors, including education, certifications, additional skills, the number of years you have spent in your profession.

View Minimum Wage Values in Nebraska (https://www.salary.com/research/minimum-wage/nebraska)

- Compensation Planning (https://www.salary.com/resources/how-to/implement-a-pay-for-performance-compensation-strategy-using-compensation-planning-software/?s=cd_salaryseo&job=Zoologist&location=NE)
- Bonus Calculator (https://www.salary.com/resources/how-to/get-the-prorated-bonuses-calculator-with-compensation-planning-software/?s=cd_salaryseo&job=Zoologist&location=NE)
- Develop a Job description (https://www.salary.com/resources/how-to/how-to-manage-job-descriptions/?s=cd_salaryseo&job=Zoologist&location=NE)
- Pay Equity (https://www.salary.com/resources/how-to/5-tips-for-achieving-pay-equity/?s=cd_salaryseo&job=Zoologist&location=NE)
- 2024 Compensation Trend (https://www.salary.com/resources/how-to/navigate-the-top-7-compensation-trends-in-2024/?s=cd_salaryseo&job=Zoologist&location=NE)
- Compensation Consulting (https://www.salary.com/resources/how-to/choose-your-right-compensation-consulting-services/?s=cd_salaryseo&job=Zoologist&location=NE)

What should I Pay ?    500+ Zoologist job openings
Employers   Price a Job >   (https://www.salary.com/research/jobs/jobs/ne)

Salary | Salary + Bonus | Benefits | Job Openings (https://www.salary.com/research/jobs/zoologist-jobs/ne)



Paid Annually    View as table
lower level job
10% (/research/salary/benchmark/soil-scientist-salary/ne)   25%   50%(Median)   75%   90%
$49,423   $61,871   **$75,543**   $93,162   $109,203

Didn't find job title? Click ?

**Employers:** Find Surveys For This Job (https://www.salary.com/business/compensation-data/?s=cd_salaryseo_survey&job=Zoologist&jobcode=RD14000023&location=NE) →

**Employers:** Price Your Company Jobs (https://www.salary.com/companalyst?s=cd_salaryseo&job=Zoologist&location=NE) →

**Employees:** View your Salary (https://www.salary.com/tools/salary-calculator/zoologist/ne) →

You may get higher pay by adjusting the following factors:

ADVERTISEMENT

https://www.salary.com/research/salary/benchmark/zoologist-salary/ne    1/9

Walter Holloway Mr.
6601 Park Ave #603
Omaha City / Nebraska State
zip code 68105

OMAHA NE 680
9 AUG 2024 PM 3 L



Postage Medical
Appeal Clinic

RECEIVED
AUG 12 2024
CLERK
U.S. DISTRICT COURT

Susan M. Bazis Mrs.
United States District Judge
Office of the Clerk
Roman L. Hruska U.S. Courthouse
111 S. 18th Street / Plaza, Suite #1152
Omaha NE 68102

68102-132277