IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY, | |
| Plaintiff, | 8:24CV278 |
| vs. | |
| UNIVERSITY OF NEBRASKA, CITY PARKING CLERK, and CITY OPERATOR OF VEHICLE, | MEMORANDUM AND ORDER |
| Defendants. | |

On August 5, 2024, the Court ordered Plaintiff to sign his Complaint (Filing No. 1) or face dismissal of this action. (Filing No. 10.) On August 19, 2024, Plaintiff filed what the Court construes as a response to the Court's August 5, 2024, order, consisting of a copy of the text notice of signature deficiency sent to Plaintiff, an unsigned page of Plaintiff's Complaint, a copy of the reassignment order in this case (Filing No. 7), a copy of the August 5, 2024, order (Filing No. 10), and other seemingly random documents. (Filing No. 12.) Plaintiff also filed materials that were docketed as correspondence on August 12, August 19, September 6, and October 31, 2024. (Filing No. 11; Filing No. 13; Filing No. 14; Filing No. 15.) The materials are rambling and incomprehensible. Though Plaintiff clearly acknowledges receipt of the text notice of deficiency sent by the Clerk's office (*see* Filing No. 12 at CM/ECF p. 1), none of the materials submitted by Plaintiff correct the technical defect in Plaintiff's Complaint.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. The Court will enter judgment by a separate document.

Dated this 6th day of November, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge